IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| Petitioner, | ) | 4:05cv3255 |
| v. | ) | |
| 12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH, | ) | ORDER |
| Respondent. | ) | |

The Clerk's Office has requested that Document Number 2 be stricken from the record for the following reasons:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 2 from the record. The document will be re-filed.

DATED this 30th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge