IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3255 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 12th JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on filing no. 12, the Motion for Enlargement of Time filed by the respondent in this habeas corpus action. Filing no. 12 is granted, and the respondent shall have until January 3, 2006 to answer the petition or file a motion as discussed in the court's Order on Initial Review (filing no. 7).

SO ORDERED.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge