IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3255 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 12th JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

   This matter is before the court on filing no. 14, the respondent's Motion for Enlargement of Time to respond to the Petition for Writ of Habeas Corpus ("§ 2254 petition") filed by the petitioner, Michael J. Kriz, and filing no. 15, the respondent's Motion for Leave to File Relevant State Court Records Under Seal. Filing no. 14 is granted, and I note that the respondent has filed a Motion for Summary Judgment in response to the § 2254 petition. Filing no. 15 is granted, and the respondent may file the state court records under seal. I note that in filing no. 16, the respondent has filed the Designation of State Court Records, but not the records themselves. The Designation need not be sealed.

   **SO ORDERED.**

   DATED this 27th day of January, 2006.

                              BY THE COURT:


                              s/ F. A. GOSSETT
                              United States Magistrate Judge