IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3255 |
| | ) | |
| v. | ) | |
| | ) | |
| LINCOLN REGIONAL CENTER, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before this court sua sponte. This court believes that this case is related to Case No. 4:05CV3254 *Michael J. Kris v. 12th Judicial District Board of Mental Health of Box Butte County, et al.*

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and pretrial matters.

DATED this 1st day of May, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge